**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH TIMOTHY EGAN THORN,** | : | |
| | : | Case No. 2:14-CV-2402 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge Deavers |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's **Report and Recommendation.** (Doc. 18). On January 25, 2016, the Magistrate Judge issued the Report and Recommendation, recommending that the Commissioner of Social Security's non-disability finding be reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further consideration. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 18 at 14). The parties have failed to respond. The deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, this action is **REMANDED** to the Commissioner for further consideration in accordance with this Order, pursuant to 42 U.S.C. § 405(g), Sentence Four.

    **IT IS SO ORDERED.**

                                                                  s/ Algenon L. Marbley
                                                                  **ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: February 22, 2016**